**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

John Gerard **KRANTZ**, a.k.a. **HardThickandJuicy**, a.k.a. **John Smith**, a.k.a. **oohlajgk@yahoo.com**, **Defendant–Appellant.**

No. 09–14388
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 1, 2010.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Jose Rafael Rodriguez, Rodriguez & Fernandez PA, Miami, FL, Defendant–Appellant.

Anne R. Schultz, Miami, FL, for Appellee.

Before BLACK, PRYOR and KRAVITCH, Circuit Judges.

Before CARNES, HULL and FAY, Circuit Judges.

PER CURIAM:

J. Rafael Rodriguez, appointed counsel for John Krantz, has filed a motion to withdraw from further representation on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED,** and Krantz's conviction and sentence are **AFFIRMED.**